BEVERLY L. WORDEN v. MYRON E. GILLETT and Others.— Motion for

stay granted, on condition that appeal be argued or submitted on December 2, 1921. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.